The Sentence Review Board wishes to thank James Colt for his assistance to the Court.

STATE OF MONTANA,
      Plaintiff,                              **NO. DC-91-023(B)**
   vs.                                       **DECISION**
**GEORGE FRED ALLEN,**
      **Defendant.**

On June 24, 1991, the Defendant was sentenced to twenty (20) years with six (6) years suspended for Criminal Possession of Dangerous Drugs with Intent to Sell. The Defendant is designated a dangerous offender for purposes of parole eligibility. Credit is given for 164 days time served. Plus conditions as listed in the June 24, 1991 Judgment.

On March 12, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded pro se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 12th day of March, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. John Warner, and Hon. James Purcell, Judges**

The Sentence Review Board wishes to thank Geroge Allen for his assistance to the Court.